IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY M. GRABILL, JR.<br>MCIH DOC-ID#324885<br>Maryland Correctional Institution<br>18601 Roxbury Road<br>Hagerstown, Maryland  21746,<br><br>Plaintiff,<br><br>v.<br><br>CORIZON, INC., f/k/a CORRECTIONAL<br>MEDICAL SERVICES, INC.<br>105 Westpark Drive, Suite 200<br>Brentwood, Tennessee  37027,<br><br>SERVE ON RESIDENT AGENT:<br>　　The Corporation Trust, Incorporated<br>　　351 West Camden Street<br>　　Baltimore, Maryland  21201,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br><br>Civil Action No.: JKB 13 CV 0039 |

\* * * * * * * * * * * * * *

## COMPLAINT

Stanley M. Grabill, Jr., Plaintiff, by and through his undersigned attorneys, Gregory L. Lockwood and Treanor Pope and Hughes, P.A., sues Corizon, Inc. formerly known as Correctional Medical Services, Inc., and in support thereof, states:

### JURISDICTION AND VENUE

1.      Plaintiff Stanley M. Grabill, Jr. is a citizen of the State of Maryland and a current resident at the Maryland Correctional Institute at Hagerstown in Washington County, Maryland.

2.      Corizon, Inc. is a Missouri corporation whose headquarters are 105 Westpark Drive, Suite 200, Brentwood, Tennessee  37027.  At all relevant times, Corizon, Inc. ("Corizon")

was under contract with the State of Maryland to provide health care services to inmates housed within the Maryland State Department of Corrections.

3. Through its agents, servants, and employees, including but not limited to Erwin R. Aldana, M.D., Melaka Ayalew, M.D., and Dr. Malik, Corizon, Inc. practices and transacts business throughout the State of Maryland, and in Baltimore City, in particular.

4. Corizon employs physicians who were, at all times relevant hereto, licensed to practice medicine throughout the State of Maryland, including Baltimore City, Maryland, who represented to the Claimant, and to the public at large, that they possessed that degree of skill, knowledge and ability possessed by reasonably competent medical practitioners, practicing under the same and similar circumstances as those involving the Plaintiff, Stanley Grabill. These physicians included, but were not limited to, Erwin R. Aldana, M.D., Melaka Ayalew, M.D., and Dr. Malik.

5. The amount of this claim exceeds Seventy-Five Thousand Dollars ($75,000.00).

6. This Court has original subject matter jurisdiction over this matter pursuant to the provisions of 28 U.S.C. § 1332, because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the action is between citizens of different states. There is complete diversity of citizenship.

**FACTS COMMON TO ALL COUNTS**

7. In late 2004 and the early part of 2005, Mr. Grabill began to experience abdominal symptoms, including a change in bowel habits and bleeding from the rectum.

8. In response to these complaints, Mr. Grabill came under the care of Drs. Aldana, Malik, and Ayalew, and other physicians and health care providers, all of whom were agents, servants, and employees of Corizon, Inc. acting within the scope of their employment.

9. In response to Mr. Grabill's complaints, the aforementioned physicians and health care providers repeatedly reassured him that nothing serious was wrong, that he just had "prostate problems", and that he needed "bed rest". They specifically failed and refused to send him to the hospital to have his condition investigated and diagnosed.

10. In or about February of 2007, Mr. Grabill began passing large amounts of blood in his stool. He was taken by stretcher to the infirmary, where an ambulance was called to take him to the hospital; however, this ambulance was subsequently cancelled.

11. Approximately one week later, upon experiencing a recurrence of his symptoms, Mr. Grabill was taken to the Washington County Hospital Center on or about February 20, 2007, where it was determined that he had a cancerous tumor of his colon.

12. Surgery was performed which required resection of the bowel, and the creation of a colostomy. Although this colostomy was to be reconnected "later", this was not done, and Mr. Grabill has this colostomy to the present day.

### COUNT I
### NEGLIGENCE

13. The facts and matters alleged in Paragraphs 1 through 12 above, are repeated and realleged as if fully set forth herein.

14. As a health care provider rendering services to patients in the State of Maryland, Corizon, through its agents, servants and employees, including Drs. Aldana, Ayalew, and Malik owed to the public at large and to Mr. Grabill in particular a duty to exercise that degree of skill and care ordinarily exercised by reasonably competent practitioners within their areas of specialty acting under the same or similar circumstances.

15. Corizon and its agents, servants, and employees breached the applicable standards of care in the treatment rendered to Mr. Grabill in that they failed to use due care and appropriate technique in diagnosing his condition in late 2004 and 2005, failed to order appropriate diagnostic and/or therapeutic tests, failed to refer Mr. Grabill to the hospital for comprehensive diagnostic work-up, and were otherwise negligent.

16. As a direct result of the negligence as aforesaid, Mr. Grabill's tumor was allowed to continue to develop. As a consequence, he has experienced the need for surgical excision of the tumor, creation of the colostomy, and associated pain, mental anguish, embarrassment, humiliation, permanent disfigurement and permanent residual deficits as well as other economic and non-economic damages, including past and future medical expenses, without any negligence on his part contributing thereto.

WHEREFORE, Stanley M. Grabill, Jr. demands judgment against Corizon, Inc. for all injuries and damages which he has suffered as a consequence of the negligence of this Defendant as aforesaid.

Respectfully submitted,

_____
Gregory L. Lockwood
Maryland U.S. District Bar No. 07971
Treanor Pope & Hughes, P.A.
500 York Road
Towson, Maryland 21204
Tel: (410) 494-7777

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY M. GRABILL, JR., | * |
| Plaintiff, | * |
| v. | * |
| CORIZON, INC., | * |
| Defendant. | *   Civil Action No.: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEMAND FOR JURY TRIAL

The Plaintiff, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, hereby demands a trial by jury in the above-captioned action.

Respectfully submitted,

/s/ Gregory L. Lockwood

Gregory L. Lockwood, Esquire (#07971)
Treanor Pope & Hughes, P.A.
500 York Road
Towson, Maryland 21204
Tel: (410) 494-7777
gllockwood@tph-law.com

Attorneys for Plaintiff