IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**STANLEY M. GRABILL, JR.,**  *

   Plaintiff  *

v.   *   CIVIL No. JKB-13-039

**CORIZON, INC.,**   *

   Defendant  *

   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

In accordance with the foregoing memorandum, it is ORDERED that:

(1) Defendant's motion to dismiss (ECF No. 11) is GRANTED;

(2) Plaintiff's motion for leave to file a supplemental certificate of merit and report (ECF No. 13) is DENIED;

(3) The clerk is directed to CLOSE THIS CASE.

Dated this 31st day of July, 2013

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge