IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY M. GRABILL, JR., | * |
| Plaintiff, | * |
| v. | * |
| CORIZON, INC., | * |
| Defendant. | * Civil Action No.: 1:13-cv-00039-JKB |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Take notice that Plaintiff, Stanley M. Grabill, Jr., by and through his undersigned attorneys, Gregory L. Lockwood and Treanor Pope and Hughes, P.A., pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fourth Circuit the July 31, 2013 order by Judge James K. Bredar granting Defendant Corizon, Inc.'s Motion to Dismiss, and denying Plaintiff's Motion for Leave to File a Supplemental Certificate of Merit and Report.

Respectfully submitted,

/s/ Gregory L. Lockwood
Gregory L. Lockwood
Maryland U.S. District Bar No. 07971
Treanor Pope & Hughes, P.A.
500 York Road
Towson, Maryland 21204
Tel: (410) 494-7777

Attorney for Plaintiff

Dated: August 27, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2013, a copy of the foregoing Notice of Appeal was filed with the Court and served upon the following counsel through the CM/ECF system:

>Philip M. Andrews, Esq.
>Mary Beth Smith, Esq.
>Kramon & Graham, P.A.
>One South Street, Suite 2600
>Baltimore, Maryland 21202-3201

_____
Gregory L. Lockwood